IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-44-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TACARLOS A. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

On June 10, 2015, the defendant filed a motion to extend the pretrial motions deadline to August 1, 2015 [D.E. 21]. The government does not object to the extension. On July 1, 2015, defendant filed a motion to continue the arraignment and trial in this case [D.E. 23]. The government consents to the continuance. For good cause shown, the court GRANTS the motions [D.E. 21, 23]. The pretrial motion deadline is extended to August 3, 2015. Responses are due on August 17, 2015. Defendant's arraignment and trial are continued to this court's September 2015 term of court.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This 9 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge