IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-44-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TACARLOS ANTIGO MILLER, )<br>)<br>Defendant. ) | **ORDER** |

The Office of the Federal Public Defender is DIRECTED to appoint counsel for Tacarlos Antigo Miller ("Miller") in order to advise Miller concerning whether to continue to retain Steven B. Wright. Wright is currently suspended from practicing law. Appointed counsel shall notify this court no later than December 21, 2015, whether Miller wishes to continue to retain Wright.

As discussed in open court, the government's motion to assess status of counsel [D.E.36] and to continue trial [D.E. 38] are GRANTED. The court finds that the ends of justice served by granting these motions outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this motion and order is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This 30 day of November 2015.

JAMES C. DEVER III
Chief United States District Judge