UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-CR-44-D

UNITED STATES OF AMERICA

    VS.                                               <u>ORDER</u>

TACARLOS ANTIGO MILLER

IT IS HEREBY ORDERED that the following Government Exhibits be returned to **Agent Robert Simpson** and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| <u>EXHIBIT #</u> | <u>EXHIBIT DESCRIPTION</u> |
|---|---|
| 4 | Packaged heroin |
| 5 | Packaging materials |
| 11 | Heroin seized |
| 20 | Box that contained heroin |
| 21 | Hamilton Beach grinder |
| 22 | Capresso Grinder |
| 23 | Digital scale (US-750EX) |
| 24 | Digital scale (US-1000) |
| 25 | Box of empty wax bags |
| 30 | Hipoint .40 caliber |
| 31 | Stevens 410 |
| 32 | Smith & Wesson |
| 33 | Ruger .30 |
| 34 | Walther P22 |
| 40 | $2,980 found near defendant |
| 41 | $404.36 found on defendant |
| 42 | $748 found in residence searched |
| 43 | $5,535 found in residence searched |
| 67 | Heroin (41.19 grams) |

THIS 28 DAY OF JUNE 2016.

AGENT SIGNATURE: _____

                                  _____
                                  JAMES C. DEVER III
                                  CHIEF U.S. DISTRICT JUDGE