IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-44-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TACARLOS ANTIGO MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

As discussed in open court and incorporated herein by reference, defendant's motion for a new trial [D.E. 80] is DENIED.

SO ORDERED. This 21 day of October 2016.

JAMES C. DEVER III
Chief United States District Judge