IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-44-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TACARLOS ANTIGO MILLER, ) | |
| ) | |
| Defendant. ) | |

The Federal Public Defender shall appoint new counsel to represent Tacarlos Antigo Miller.

After new counsel files a notice of appearance, sentencing will be scheduled in due course.

SO ORDERED. This _6_ day of February 2017.

                                        JAMES C. DEVER III
                                        Chief United States District Judge