FILED IN OPEN COURT
ON 10/11/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-cr-00044-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| TACARLOS ANTIGO MILLER | : |

## ORDER OF FORFEITURE

Defendant Tacarlos Antigo Miller was found guilty by Jury Verdict to Counts One through Three of the Superseding Indictment, which charged violations of the Controlled Substance Act, specifically, Title 21, United States Code, Sections 841(a)(1) and 846. By virtue of the entry of the guilty verdict and other evidence of record, the United States is now entitled to the defendant's interest in the property specified in the Superseding Indictment, that is, to $1,250.00 in proceeds from the conspiracy to commit controlled substance offenses. The Court further finds that the defendant by his own acts or omissions made the proceeds unavailable and that one or more of the conditions to forfeit substitute assets exists, as set forth in Title 21, United States Code, Section 853(p).

Having considered the guilty verdict, the record as a whole, and the applicable law, the Court issues the following orders:

1. It is ORDERED that all property, real or personal, which constitutes or is derived from proceeds traceable to Defendant's violation of Title 21, United States Code, Section 841(a)(1) and 846, is forfeited to the United States.

2. It is ORDERED that the United States is entitled to forfeit substitute assets equal to the value of the proceeds obtained by the defendant as a result of his violation of Title 21, United States Code, Section 841(a)(1), and that such substitute assets shall not exceed the value of the proceeds Defendant obtained of $1,250.00.

3. It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part.

4. It is further ORDERED that any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of

the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon sentencing.

SO ORDERED. This 11 day of October, 2017.

                                                     JAMES C. DEVER III
                                                   Chief United States District Judge